UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-6648-GW-Ex | Date | November 21, 2022 |
|---|---|---|---|
| Title | *Ilya Kaminsky, et al. v. New York Life Insurance Company, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Terri A. Hourigan | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Blake J. Lindemann | Edith S. Shea | |

**PROCEEDINGS:    PLAINTIFFS' MOTION TO REMAND CIVIL ACTION [12]**

Hearing is held by video teleconference

The Court's Tentative Ruling on Plaintiffs' Motion [12] was issued on November 18, 2022 [25]. Oral argument is held. Based on the Tentative Ruling, and for reasons stated on the record, the Court DENIES the Motion without prejudice if it is determined there is lack of diversity.

A scheduling conference is set for December 19, 2022 at 8:30 a.m. The parties are to file a joint Rule 26(f) report by noon on December 9, 2022.

|  | : | 40 |
|---|---|---|
| | Initials of Preparer | JG |