UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-6648-GW-Ex | Date | February 8, 2024 |
|---|---|---|---|
| Title | *Ilya Kaminsky, et al. v. New York Life Insurance Company, et al.* | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

None Present   None Present

**PROCEEDINGS:    IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

A Joint Notice of Settlement [107] was filed on February 7, 2024. The Court hereby vacates all currently set dates, with the expectation that a dismissal will be filed within 30 days. The Court sets an order to show re: settlement hearing for March 11, 2024 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on March 7, 2024.

:

Initials of Preparer   JG