JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DR. ILYA KAMINSKY, an individual,<br><br>   Plaintiff,<br><br>   v.<br><br>NEW YORK LIFE INSURANCE COMPANY, a New York corporation; UNUMPROVIDENT CORPORATION, a Delaware corporation; PAUL REVERE CORPORATION, a Massachusetts Corporation; MICHAEL WEST, an individual; and DOES 1 to 10, inclusive,<br><br>   Defendants. | Case No. 2:22-cv-06648 GW (Ex)<br><br>**ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Judge:   Hon. George H. Wu |

Having considered the parties' Joint Stipulation to Dismiss Entire Action With Prejudice, and GOOD CAUSE APPEARING therefor,

IT IS HEREBY ORDERED that:

The case is dismissed as to all claims, in their entirety, against all Defendants, with prejudice;

The Court's Order at Dkt. No. 106 is VACATED; and

Each party shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: April 4, 2024

_____
Hon. George H. Wu
United States District Judge

4887-3117-5843 v1                                    1                              Case No. 2:22-cv-06648 GW (Ex)